UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF ECORSE,

    Plaintiff/Counter-Defendant,        Case No. 07-12131

v.                                        Honorable John Corbett O'Meara

UNITED STATES STEEL,

    Defendant/Counter-Plaintiff.
                                            /

**ORDER DENYING CITY OF ECORSE'S**
**MARCH 6, 2009 MOTION FOR RECONSIDERATION**

This matter came before the court on the City of Ecorse's March 6, 2009 motion for reconsideration of the court's February 23, 2009 Opinion and Order Granting U.S. Steel's Motion for Summary Judgment on its Counterclaim. Pursuant to Local Rule 7.1(g)(2), no response was ordered and no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case the City of Ecorse's motion for reconsideration merely presents the same issues ruled upon by the court and fails to demonstrate a palpable defect by which the court and the parties have been misled.

**ORDER**

It is hereby **ORDERED** that the City of Ecorse's March 6, 2009 Motion for Reconsideration is **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: April 17, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 17, 2009, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager